UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,                  Case Nos.  12-CR-20523
                                                                        14-CV-11592

                                                                        Paul D. Borman
v.                                                                     United States District Judge

                                                                        Paul J. Komives
ABDIQANI OSMAN HASSAN,              United States Magistrate Judge

    Defendant/Movant.
_____/

ORDER: (1) ADOPTING THE MAGISTRATE JUDGE'S SEPTEMBER 10, 2014
REPORT AND RECOMMENDATION (ECF NO. 52),
(2) DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255 (ECF NO. 42); AND
(3) DENYING A CERTIFICATE OF APPEALABILITY

On September 10, 2014, Magistrate Judge Paul J. Komives issued a Report and Recommendation recommending that this Court deny Defendant Hassan's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and deny a certificate of appealability. (ECF No. 52). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES the Motion to Vacate, Set Aside or Correct a Sentence, and DENIES a certificate of appealability.

    IT IS SO ORDERED.

                                                             s/Paul D. Borman
                                                              PAUL D. BORMAN
                                                             UNITED STATES DISTRICT JUDGE

Dated:  October 21, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 21, 2014.

                                        s/Deborah Tofil
                                        Case Manager